**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Joseph F. Radler III v. Amy  Philavanh

Appellate case number:   01-19-00931-CV

Trial court case number: 2009-20542

Trial court:             311th District Court of Harris County, Texas

Appellee has filed a motion for extension of time in which to file her brief.  Appellee's motion is **granted.**  Appellee's brief is due October 29, 2020.  All other pending motions are denied as moot.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually


Date: September 29, 2020